NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**INTEGRATED CLAIMS SYSTEMS, LLC,**
*Appellant*

v.

**CARE N' CARE INSURANCE COMPANY, INC., TRIZETTO CORPORATION,**
*Appellees*

---

2016-2527, -2733, -2734

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. CBM2015-00062, CBM2015-00063, and CBM2015-00064.

---

**O R D E R**

The above-captioned appeals appear to be related.

We consolidate the cases and thus one set of briefs should be filed for the three appeals.

Accordingly,

IT IS ORDERED THAT:

The appeals are consolidated. The revised official caption is reflected above. The Certified Lists are due no later than November 9, 2016. Appellant's opening brief is

2  INTEGRATED CLAIMS SYSTEMS, LLC v. CARE N' CARE
INSURANCE COMPANY

due within 60 days of the filing of the last-filed Certified List.

FOR THE COURT

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court

s32